**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LIBERTY SALAD, INC., et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GROUNDHOG ENTERPRISES, INC.** | : | **No. 17-CV-226** |

## <u>ORDER</u>

AND NOW, this      7th      day of July, 2017, IT IS HEREBY ORDERED

that Defendant's motion to dismiss (Dkt. # 10) is DENIED.  Defendant shall file an

answer to the complaint within 20 days of this order.[1]


BY THE COURT:



 */s/ J. William Ditter, Jr.*
J. WILLIAM DITTER, JR., J.

---

[1] With the exception of paragraphs 53 through 66 as discussed in the attached memorandum.