IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY SALAD, INC. and 18TH STREET SALAD, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GROUNDHOG ENTERPRISES, INC., d/b/a MERCHANT LYNX SERVICES,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 17-226 |

## **ORDER**

**AND NOW**, this 20th day of March, 2019, after considering the Defendant's Motion for Reconsideration or, in the alternative, Certification for Interlocutory Review, (ECF No. 56), the Plaintiffs' Response, (ECF No. 68), the Defendant's Reply (ECF No. 70), and the Defendant's Supplemental Brief, (ECF No. 77), it is hereby **ORDERED** that the Motion is **DENIED**.

                                                  BY THE COURT:

                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.