# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY SALAD, INC. and 18TH STREET SALAD, INC., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GROUNDHOG ENTERPRISES, INC., d/b/a MERCHANT LYNX SERVICES,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 17-226 |

## ORDER

AND NOW, this 16th day of December, 2020, upon consideration of the parties' stipulated request for voluntary dismissal (ECF 108), it is **ORDERED** that the claims of Plaintiffs Liberty Salad, Inc. and 18th Street Salad, Inc. against Defendant Groundhog Enterprises, Inc. are **DISMISSED** with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(2) and L.R. 41.1(b) with each party to bear its own costs.

The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.